US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 23 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERRY COX, as attorney-in-fact
for KENNETH HARRIS                                                                PLAINTIFF

VS.                              CASE NO. 16-6086

COURTYARD GARDENS HEALTH
AND REHABILITATION, LLC;
ARKANSAS SNF OPERATIONS
ACQUISITION, LLC;
and ARKANSAS NURSING HOME
ACQUISITION, LLC                                                                  DEFENDANTS

### JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, separate defendants Courtyard Gardens Health and Rehabilitation, LLC ("Courtyard"); Arkansas SNF Operations Acquisition, LLC ("Arkansas SNF"); and Arkansas Nursing Home Acquisition, LLC ("Arkansas Nursing") (collectively, "defendants") hereby give notice of the removal of this action from the Circuit Court of Clark County, Arkansas, to the United States District Court for the Western District of Arkansas, Hot Springs Division. In support of this notice of removal, defendants state the following:

1.  This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2.  This case was originally filed on July 11, 2016, in the Circuit Court of Clark County, Arkansas, as civil action number 10CV-16-98 on the docket of that Court. Plaintiff Terry Cox, as attorney-in-fact for Kenneth Harris, alleges various

1330776-v1

causes of action on behalf of Harris arising out of his residency at Courtyard Gardens Health and Rehabilitation Center (the "facility").

3. Plaintiff served a complaint and summons on Courtyard on July 25, 2016.

4. Plaintiffs served a complaint and summons on Arkansas SNF on August 8, 2016.

5. Plaintiffs served a complaint and summons on Arkansas Nursing on August 9, 2016.

6. This notice of removal is filed within thirty (30) days (or the first filing day thereafter) of the first delivery of a summons and compliant to any of the defendants, which occurred on July 25, 2016. A copy of the complaint is attached to this notice as Exhibit 1. Exhibit 2 contains the remainder of the documents filed in Clark County as of the date this notice was filed, including summonses and affidavits of service.

7. This case is removed pursuant to 28 U.S.C. § 1441(a) and (b). Jurisdiction in the United States District Court for the Western District of Arkansas is based on the diversity jurisdiction of the Court under 28 U.S.C. § 1332(a).

8. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the matter in controversy exceeds $75,000, excluding interest and costs.

9. On information and belief, defendants state that at the time that the complaint was filed and at the time of removal, both Cox and Harris were citizens of the State of Arkansas for the purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

10. Each of the separate defendants is a limited liability company. Limited liability companies have the citizenship of their members for the purposes of diversity jurisdiction. *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) (stating that for purposes of diversity jurisdiction, the citizenship of a limited liability company "is the citizenship of each of its members") (citing *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004)).

11. The sole member of Arkansas Nursing is Alan Zuccari, who is a citizen of Virginia. Accordingly, Arkansas Nursing is a citizen of Virginia for the purposes of diversity jurisdiction because it has the citizenship of its sole member.

12. Arkansas SNF has two members, Arkansas Nursing and another limited liability company, CSCV Holdings, LLC ("CSCV Holdings"). As established above, Arkansas Nursing is a citizen of Virginia. CSCV Holdings is a limited liability company with two members, Brian Reynolds and Capital Funding Group. Reynolds is an individual who is a citizen of Maryland. Capital Funding Group is a citizen of Maryland because it is a corporation incorporated and having its principal place of business in that state. 28 U.S.C. § 1332(c)(1). Thus, Arkansas SNF is a citizen of both Virginia and of Maryland.

3

13. The sole member of Courtyard is Arkansas SNF. Because the sole member of Courtyard is a citizen of Virginia and Maryland, Courtyard is also a citizen of Virginia and Maryland.

14. Complete diversity of citizenship exists between plaintiff (who is a citizen of Arkansas) and the defendants (all of whom are citizens of states other than Arkansas).

15. The amount in controversy exceeds $75,000, excluding interests and costs. (*See* Exhibit 1 at 21 (demanding damages for in an amount "exceeding that required by federal court jurisdiction in diversity of citizenship cases")). This alleged sum "shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2).

16. Because there is complete diversity of citizenship and an amount in controversy exceeding $75,000, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a), and removal of the case to this Court is proper pursuant to 28 U.S.C. § 1441(b).

17. Pursuant to 28 U.S.C. § 1446(b), this notice of removal has been filed within thirty days of each of the separate defendants being served in this matter.

18. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the separate defendants are attached to this notice of removal.

19. All the separate defendants are represented by undersigned counsel and all join in the removal of this case to this Court. All properly joined and served

4

defendants therefore join in or consent to the removal of this action to federal court as required by 28 U.S.C. § 1446(b)(2).

20. In accordance with 28 U.S.C. § 1446(d), defendants will file a file-marked copy of this notice of removal with the Circuit Clerk of Clark County, Arkansas, and will serve notice of the removal in writing on counsel for plaintiff.

21. The United States District Court for the Western District of Arkansas, Hot Springs Division, embraces the county in which the state court action is now pending. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

22. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, separate defendants Courtyard Gardens Health and Rehabilitation, LLC; Arkansas SNF Operations Acquisition, LLC; and Arkansas Nursing Home Acquisition, LLC hereby remove this action from the Circuit Court of Clark County, Arkansas, to the United States District Court for the Western District of Arkansas, Hot Springs Division, and seek resolution by this Court of all issues raised herein.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
jsallings@wlj.com; gmarts@wlj.com

By: _____
Jerry J. Sallings (84134)
Gary D. Marts, Jr. (2004116)
Hayden W. Shurgar (2005049)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 22, 2015. I served a copy of the foregoing via United States Mail on the following:

Jared Woodard
Bill Stanley
Stanley & Woodard, PLC
326 S. Church
Jonesboro, Arkansas 72401

*Counsel for Plaintiff*

_____
Gary D. Marts, Jr.