IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERRY COX, as attorney-in-fact for
Kenneth Harris                                                                            PLAINTIFF

v.                                    No. 6:16-CV-06086

COURTYARD GARDENS HEALTH AND
REHABILITATION, LLC; ARKANSAS SNF
OPERATIONS ACQUISITION, LLC; and
ARKANSAS NURSING HOME ACQUISITION, LLC                       DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 28th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE